# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | THOMAS & KATHRYN AGNES ROWAN |
| **Case Number:** | 2:08-BK-03954-RTB    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 30, 2009  02:30 PM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** |  |
| **Reporter / ECR:** | N/A |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR CITIMORTGAGE, INC.

**R / M #:** 76 / 0

**VACATED: ORDER OF RECUSAL FORTHCOMING**

## *Appearances:*

NONE

## *Proceedings:*

VACATED: ORDER OF RECUSAL FORTHCOMING