SO ORDERED.

**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-15084/626383087

Dated: November 05, 2009



_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Thomas Rowan and Kathryn Agnes Rowan<br>        Debtors.<br>_____<br>Mortgage Electronic Registration Systems, Inc., as nominee for Citimortgage, Inc.<br>        Movant,<br>   vs.<br>Thomas Rowan and Kathryn Agnes Rowan, Debtors; Office of the US Trustee, Trustee.<br>        Respondents. | No. 2:08-bk-03954-RTB<br><br>Chapter 11<br><br>O R D E R<br><br>(Related to Docket # 76) |

    This matter having come before the Court for a Preliminary Hearing on October 29, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Stanford E. Lerch, and good cause appearing,

    **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated June 17, 2003, and recorded on June 19, 2003, in the office of the Maricopa County Recorder at Instrument No. 20030794580 wherein Mortgage Electronic Registration Systems, Inc., as nominee for Citimortgage, Inc. is the current beneficiary and Thomas Rowan and Kathryn Agnes Rowan have an interest in, further described as:

    LOT 81. PARADISE VALLEY OASIS NO.8. ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY. ARIZONA. IN BOOK 174 OF MAPS. PAGE 50

    IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

    DATED this ___ day of _____, 2009.

                                             _____
                                             JUDGE OF THE U.S. BANKRUPTCY COURT